Garden City Paint & Varnish Company, appellee, v. Teofil Wilczewski, appellant. Gen. No. 30,211.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Wm. N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on remittitur. Opinion filed October 6, 1925.

Elmer W. Adkinson, for appellant. Otto Kerner, for appellee; James S. Wight, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Magnetic Manufacturing Company, appellee, v. Hine Brothers, appellant. Gen. No. 30,217.

Action to recover price of machinery sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Burt A. Crowe, for appellant. Thomas M. Poynton, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Peter S. Lambros, trading as The Greek Star, appellee, v. Thomas A. Harrison and Edward J. Riedy, trading as Harrison & Riedy, appellants. Gen. No. 30,251.

Action to recover balance due on advertising contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Robert H. Holmes, for appellants. Edward L. England, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Dorothy Spitalnikson, plaintiff in error, v. James C. Davis, Director General of Railroads, defendant in error. Gen. No. 29,520.

Action for personal injuries caused by being struck by locomotive. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Corinne L. Rice and A. H. Ranes, for plaintiff in error. Edward C. Craig, for defendant in error; W. S. Horton, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Rose M. Taaffe, executrix of the estate of Matthew Taaffe, appellant, v. Gus Greenebaum, appellee. Gen. No. 29,550.

Action for wrongful death. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

Hugh O'Neill, for appellant. Cassels, Potter & Bentley, for appellee; Ralph F. Potter, Kenneth B. Hawkins and Barry Gilbert, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.